IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD W. REID, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-2418 |
| | : | |
| v. | : | |
| | : | |
| THE PPL RETIREMENT PLAN, and | : | |
| TALEN ENERGY RETIREMENT PLAN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 13th day of October, 2017, after considering the motion to dismiss filed by the defendants (Doc. No. 4); and after reviewing the allegations in the complaint filed by the plaintiff (Doc. No. 1); and after reviewing the plaintiff's responses in opposition to the motion to dismiss (Doc. Nos. 10, 14) and the defendants' replies (Doc. Nos. 12, 18); and after a telephone conference with the plaintiff and counsel for the defendants on October 12, 2017, during which an agreement was reached to resolve the motion; and

**IT APPEARING THAT** the plaintiff timely filed an administrative appeal with the PPL Retirement Plan which was fully pursued and resolved in a denial of relief, which led the plaintiff to file the instant action; and it further appearing that at some point, and without notice to the plaintiff, part of the PPL Retirement Plan under which the plaintiff's benefits were administered was transferred to the Talen Energy Retirement Plan ("TERP"); and it further appearing that the plaintiff, with no fault on his part, has not exhausted his administrative remedies with the TERP; accordingly, it is hereby **ORDERED** as follows:

1.      The motion to dismiss (Doc. No. 4) is **GRANTED**, and the complaint is **DISMISSED WITHOUT PREJUDICE**;

2.     The TERP shall provide the plaintiff with the TERP Summary Plan within seven (7) days of this order;

3.     The plaintiff may file a claim with the TERP within thirty (30) days of receiving the TERP Summary Plan;

4.     The statute of limitations for the plaintiff to file suit under the Employee Retirement Income Security Act is tolled, effective May 30, 2017, the date on which the plaintiff filed the complaint in this action;

5.     After exhausting his administrative remedies with the TERP, the plaintiff may file a petition to reopen this case within sixty (60) days of an adverse decision from the TERP without the payment of any further filing fee; and

6.     The clerk of court shall mark the case as **CLOSED** for statistical purposes.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.